1  Benjamin M. Lopatin, Esq.
   Cal. Bar No. 281730
2  *lopatin@hwrlawoffice.com*
3  **THE LAW OFFICES OF
   HOWARD W. RUBINSTEIN, P.A.**
4  One Embarcadero Center
   Suite 500
5  San Francisco, CA 94111
   Tel: (800) 436-6437
6  Fax: (415) 692-6607

7  Attorney for Plaintiff J'Lyshae Burns

8

9  STAN G. ROMAN (SBN 87652) (sroman@kksrr.com)
   TRACY M. CLEMENTS (SBN 184150) (tclements@kksrr.com)
10 KELLER, SLOAN, ROMAN & HOLLAND, LLP
   555 Montgomery Street, 17th Floor
11 San Francisco, CA 94111
   Telephone: 415-249-8314
12 Facsimile: 415-249-8333

13
   INA B. SCHER (pending admission pro hac vice) (ischer@dglaw.com)
14 HOLLY A. MELTON (admitted pro hac vice) (hmelton@dglaw.com)
   DAVIS & GILBERT LLP
15 1740 Broadway
   New York, NY 10019
16 Telephone: (212) 468-4800
   Facsimile: (212) 468-4888
17

18 Attorneys for Defendant KAO USA Inc.

19               **UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA**
20                     **SAN FRANCISCO DIVISION**

21

| 22 | **J'LYSHAE BURNS**, | Case No. 12-cv-03261-JSC |
|---|---|---|
| 23 | Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 24 | v. | **[FED. R. CIV. P. 41 (A)(1)(A)(ii)]** |
| 25 | | |
| 26 | **KAO U.S.A., INC.**, | |
| 27 | Defendant. | |

28

STIPULATION OF DISMISSAL WITH PREJUDICE                        Case No. CV 12-03261-JSC

WHEREAS, plaintiff J'Lyshae Burns and defendant Kao USA Inc. (incorrectly sued as Kao U.S.A., Inc.) (the "Parties") have agreed that this matter may be dismissed with prejudice by the Clerk of Court.

WHEREAS, the Parties have agreed to waive any and all costs of this action.

**THEREFORE, IT IS HEREBY STIPULATED THAT:**

1. This matter is hereby dismissed with prejudice; and
2. All costs of this action are waived by both Parties.

DATED: May 7, 2013                    **Respectfully Submitted,**

By: */s/* Benjamin M. Lopatin
     Benjamin M. Lopatin, Esq.

     Attorney for Plaintiff
     J'Lyshae Burns

DATED: May 7, 2013                    **Respectfully Submitted,**

By: /s/   Holly A. Melton
     Holly A. Melton

     Attorneys for Defendant
     Kao USA Inc.

**ATTESTATION**

I, Benjamin M. Lopatin, do hereby declare that concurrence in the filing of the foregoing document has been obtained from Holly A. Melton on this 7th day of May, 2013.

     /s/   Benjamin M. Lopatin
     Benjamin M. Lopatin